THE PEOPLE OF THE STATE OF NEW YORK ex rel. LENNIE BROWN, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, New York, Respondent.— Order reversed on the law and facts and matter remitted to the Special Term of the Supreme Court, Cayuga county, to take proof as to whether

the conviction in Onondaga county was for a felony or a misdemeanor. The criminal record of the Division of Criminal Identification is not certified as required by section 482-b of the Code of Criminal Procedure. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.